**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY CERVANTES, ) | Case No.: 1:13-cv-00431 - JLT |
| ) | |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| ) | |
| v. ) | (Doc. 16) |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On January 2, 2014, the parties stipulated for Plaintiff to have an extension of time to file an Opening Brief.  (Doc. 16).  Notably, the Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 11 at 4), which has not been used by the parties because this is the first extension requested.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The request for an extension of time is **GRANTED**; and

2.     Plaintiff **SHALL** an Opening Brief on or before **February 7, 2014**.

IT IS SO ORDERED.

Dated:   __**January 3, 2014**__          _____**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE

1