UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CERVANTES,<br><br>  Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:13-cv-00431 - JLT<br><br>ORDER GRANTING SECOND EXTENSION OF TIME<br><br>(Doc. 16) |

On March 11, 2014, the parties filed a stipulation for Defendant to have an extension of thirty days to file a response to Plaintiff's opening brief. (Doc. 19.)  Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 11 at 4, emphasis added.)  This extension was used by the plaintiff on January 2, 2014. (Docs. 15-16.)  Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 11 at 4.)  Therefore, the Court construes the stipulation of the parties to be a motion by Defendant for modification of the Court's Scheduling Order.

A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7 (E.D. Cal. Oct. 9, 2009).  Here, Defendant's counsel asserts a second extension is necessary "to consider the pleadings and transcript of record to prepare a response on behalf of the Commissioner… or in the

alternate, complete settlement." (Doc. 19 at 2.) Because Plaintiff does not oppose the request, the Court will grant the request for a second extension of time.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to Plaintiff's opening brief, or a notice of settlement, no later than **April 9, 2014**.

IT IS SO ORDERED.

Dated: **March 12, 2014**                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE